Town of Throop, Appellant, v Christine Cordway, Respondent. [971 NYS2d 917]—Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered March 22, 2012. The order reversed and vacated a decision and order of the Town of Throop Town Court, dated August 16, 2011.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.

 Debbie Carter, Respondent, v Syracuse University et al., Appellants, et al., Defendant. [971 NYS2d 917]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered October 18, 2012. The order, among other things, denied the motion of defendants Syracuse University and Syracuse University Carrier Dome Stadium for summary judgment.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on May 22, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.